AO 91 (Rev. 11/82)

Case 2:07-mj-01520-DUTY   Document 1   Filed 09/12/07   Page 1 of 11   Page ID #:1

**CRIMINAL COMPLAINT**

ORIGINAL

| UNITED STATES DISTRICT COURT | LODGED | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|

| UNITED STATES OF AMERICA<br>v.<br>STANLEY DAN RECZKO, III, | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**07-1520M** |
|---|---|

2007 SEP 12 PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

Complaint for violation of Title 18, United States Code §§ 2251(c) and 2260(a)

| NAME OF MAGISTRATE JUDGE<br>PATRICK J. WALSH | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>Between November 11, 2006 and March 2007 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

CLERK, U.S. DISTRICT COURT
SEP 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Between on or about November 11, 2006, and in or about March, 2007, defendant STANLEY RECZKO, III, knowingly employed, used, persuaded, induced, enticed, and coerced a minor girl to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), outside of the United States, its territories or possessions, namely in the Philippines, for the purpose of producing a visual depiction of such conduct, and defendant STANLEY DAN RECZKO, III intended such visual depiction to be transported and imported to the United States, by any means, and defendant STANLEY DAN RECZKO, III transported such visual depiction to the United States, namely to the Central District of California.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
    (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>OLGA SAGALOVICH<br><br>OFFICIAL TITLE<br>Special Agent-Immigration of Customs Enforcement |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>HONORABLE PATRICK J. WALSH | DATE<br>September 12, 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

PAD:rig          REC: DETENTION

## AFFIDAVIT

I, OLGA SAGALOVICH, being duly sworn, do hereby depose and state:

### I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") and have been so employed since September of 2004. ICE was created in 2003 by combining the former investigative functions of the Immigration and Naturalization Service and the United States Customs Service. I received training at the Federal Law Enforcement Training Center located in Glynco, Georgia relating to child pornography/child exploitation cases. During the course of my employment with ICE, I have investigated cases involving narcotics smuggling, human smuggling, fraud, and child pornography. During the investigation of these cases, I have participated in the execution of search and arrest warrants, and seized evidence in violation of United States law. ICE is responsible for enforcing federal criminal statues involving, but not limited to, the sexual exploitation of children under Title 18, United States Code, Section 2251, et seq.

2. This affidavit is made in support of criminal complaint and arrest warrant charging STANLEY DAN RECZKO, III with violating Title 18, United States Code, Sections 2251(c) and 2260(a). Section 2251(c) states:

> (1) Any person who, in a circumstance described in paragraph (2), employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, any sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct, shall be punished as provided under

1

subsection (e).

(2) The circumstance referred to in paragraph (1) is that --

(A) the persons intends such visual depiction to be transported to the United States, its territories or possessions, by any means, including by computer; or

(B) the person transports such visual depiction to the United States, its territories or possessions, by any means, including by computer or mail.

Section 2260(a) states:

A person who, outside the United States, employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor with the intent that the minor engage in any sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, intending that he visual depiction will be imported in the United States or into waters within 12 miles of the coast of the United States, shall be punished as provided in subsection (c).

The terms "minor," "visual depiction," and "sexually explicit conduct," are defined in 18 U.S.C. §§ 2256(1), (2), and (5).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

4.     To the extent that any information in this affidavit is not within my personal knowledge, it was made known to me through reliable law enforcement sources, and I believe it to be true.

### III. INVESTIGATION

5.     On August 2, 2007, SDR, a Philippine National and 17 year old minor, born in March 1990, was interviewed by Department of Homeland Security, Immigration and Customs Enforcement Senior Special Agent Dante Orate in Cebu, Philippines. This interview concerned allegations that she was sexually exploited by STANLEY DAN RECZKO, III, a United States citizen, with a last known address in Los Angeles, California. Although SDR understands and is conversant in English, she was sometimes aided by Philippine National Police officer Shirley Montalban. Unless otherwise indicated below, all statements made by SDR were made during this interview. SDR stated the following:

6.     According to SDR, in May 2004, RECZKO attempted to telephonically contact SDR's older sister, JDR in Cebu, Philippines from the United States. SDR answered the phone. RECZKO had introduced himself as "Danny", a friend of "Stanley", an "internet boyfriend" of one of JDR's friends in Cebu. "Stanley" and "Danny" are, in fact, one and the same person. RECZKO, posing as Danny, asked SDR her age. She indicated that she was 14 years old. RECZKO told her she was young and asked her to address him as "Uncle." RECZKO and SDR started communicating via telephone.

7.     About their third telephone conversation, RECZKO, still using the first name "Danny" told SDR that he liked her as his "niece", indicating again to address him as "Uncle."

RECZKO said he would bring her to the United States after "Stanley" married her older sister, JDR.

8.  In or about about August 2004, when SDR was fourteen-years-old, RECZKO (posing as "Danny") called SDR and persuaded her to engage in phone sex. RECZKO instructed her to insert her finger in her genitalia and play with herself. Around the same time that this conversation took place, SDR mentioned a school project. RECZKO volunteered to send her money to be used for that school project. RECZKO sent her two thousand pesos (about $36 US) via Western Union.

9.  According to SDR, between August 2004 and November 2005, RECZKO had three "phone sex" conversations with her.

10. On November 22, 2005, RECZKO arrived in Cebu, Philippines from Los Angeles, California via Taipei. A review of RECZKO's U.S. Passport indicates a Philippine Immigration admission stamp on this date. Eva Airways reported that RECZKO departed Los Angeles for Taipei onboard BR flight 15 on November 20, 2005.

11. Upon arrival in Cebu, RECZKO went to SDR's residence. RECZKO then invited SDR's family to his hotel room at the Marriott. According to SDR, that night, RECZKO shared the same bed with her and her older sister, JDR. RECZKO slept next to SDR and fondled her that night. In a later interview, JDR acknowledged that she saw RECZKO sexually fondling her younger sister in bed that night.

12. On November 23, 2005, RECZKO traveled with SDR and her family to a nearby island, Butuan, Agusan on Mindanao Island. RECZKO bought SDR lingerie which he wanted her to wear. RECZKO, SDR, JDR and JDR's baby all slept in the same room. According to

SDR, now aged fifteen, RECZKO played with her genitalia and asked her when she would give up her virginity to him. SDR promised December 6.

13. On December 6, 2005, after RECZKO presented SDR with an engagement ring, SDR stated that she reluctantly had sex with RECZKO at the Cebu Grand Hotel in Cebu City. According to SDR, RECZKO took pictures of her in Capri pants and a bra. RECZKO had planted a kiss on her breast before taking pictures. A review of Cebu Grand Hotel records showed that RECZKO checked in at room 419 on 12/03/05 and checked out on 12/7/05). A review of RECZKO's U.S. passport revealed Philippine Immigration exit stamp dated 12/12/05.

14. According to SDR, on January 21, 2006, RECZKO returned to Cebu, Philippines from Los Angeles, California. On this trip, RECZKO brought a dildo/vibrator for her. A review of RECZKO's passport revealed a Philippine Immigration admission stamp on this date. Philippine Airlines reported to Customs Border Protection that RECZKO departed Los Angeles for Manila onboard PR 103 on 01/20/06.

15. According to SDR, on January 31, 2006, she and RECZKO were married by a local judge after RECZKO paid 10,000 pesos to the judge. During a telephonic conversation with RECZKO on 07/23/07, RECZKO acknowledged to SSA Orate that he married SDR on this date. However, according to U.S. Immigration records, RECZKO married a Filipina woman named Richelle Ibay Reczko in the United States nearly a year earlier, on February 11, 2005. When asked whether he was legally divorced from Richelle, RECZKO responded, " I think so." When asked whether he signed any divorce papers, he responded, "I signed papers."

16. Between January 21, 2006, and January 31, 2006 (the date of their purported wedding), RECZKO took sexually explicit photos of SDR, using his Nikon camera which he brought on this trip.

17. Prior to their wedding on January 31, 2006, a government social worker had explained to RECZKO and SDR that their marriage would be invalid since SDR was still under the legal age of 18. The marriage would only become valid when SDR turned 18 years old. According to SDR, her parents agreed to this arrangement as an alternative to SDR and RECZKO living together, in light of the shame they felt in the eyes of their neighbors. Neither SDR nor her family were aware that the marriage was also invalid since RECZKO was still legally married to Richelle.

18. According to SDR sometime between January 31, 2006, and March 23, 2006, she thought she was pregnant because she had missed her menstrual period. RECZKO remarked to her that if they had a baby girl, he would bathe her and finger her genitalia. If they had a baby boy, SDR would fellate him. SDR reiterated to Senior Special Agent Orate during a telephonic interview on 09/10/07 that RECZKO would make this remark every time she thought she was pregnant. Before RECZKO departed the Philippines for Los Angeles, California on March 23, 2006, SDR experienced a miscarriage. A review of RECZKO's U.S. passport revealed a Philippine exit stamp on 03/23/06. Cathay Pacific Airways records indicate RECZKO arrived in Los Angeles onboard CX 882 on 03/23/06.

19. Between November 11, 2006, and November 30, 2006, RECZKO again visited SDR in Cebu. SDR was now 16 years old. According to SDR, RECZKO brought his Canon and Nikon cameras with him on this trip. During this visit, RECZKO took sexually explicit photos

of her. During a telephonic interview on 09/10/07, SDR reiterated to SSA Orate that she had observed RECZKO download the photos from the cameras to a laptop computer which RECZKO possessed. Subsequently, in late November RECZKO returned to the United States taking the laptop with him. According to SDR, RECZKO promised to burn her a CD copy in the United States of all the photos he had taken of her including sexually explicit photos, since they had met. (A review of RECZKO's U.S. Passport revealed Philippine Immigration Entry stamp on 11/11/2006 and Philippine Exit stamp on 11/20/2006.)

20.     During a telephonic interview on 09/10/07, SDR related to SSA Orate that, on or about December 20, 2006, RECZKO acknowledged to her during a telephone conversation that he had completed burning her a CD copy of the photos that he had taken of her as promised.

21.     SDR related to SSA Orate that shortly after RECZKO returned to the Philippines from the United States in March of 2007, RECZKO gave her a Compact Disc labeled "Baby Girl" which contained the sexually explicit images RECZKO had taken of SDR. RECZKO also provided some printed copies of the sexually explicit images. SDR also indicated that when RECZKO arrived, he was carrying his laptop with him. A review of RECZKO's U.S. passport revealed Philippine Immigration Entry stamp on 03/15/07.

22.     According to SDR, on or about April 14, 2007, RECZKO assaulted her following an argument over his association with other girlfriends. At that time, SDR reported his abuse to the Philippine National Police (PNP) and broke off relationship with RECZKO. When RECZKO left for Manila on or about April 2007 with his laptop and cameras, he left behind some of his personal effects including a suitcase.

23.     On or about May 10, 2007, according to SDR, she approached the International

Justice Mission (IJM), a human rights non-government organization, in Cebu for assistance. She then turned over her Compact Disc copy labeled "Baby Girl" to IJM. IJM subsequently turned over the CD to ICE Senior Special Agent Julian Briola on May 24, 2007 along with a chain of custody form. On this Compact Disc, RECZKO saved at least four folders containing photos of SDR depicted in sexually explicit conduct. The folder names are "Philippines," "Sasi", "Hot Mami," and "Sexy [SDR]."

24.   The Compact Disc labeled "Baby Girl" contains over 100 nude and sexually explicit photographs of SDR and RECZKO. An examination of the data associated with those images reveal that they were taken between November 11, 2006, and November 30, 2006, using both a Canon Powershot A70 and a Nikon E995 camera.

25.   A review of image "Philippines 043," date-time stamped November 12, 2006, 4:47pm, and taken with a Canon camera, depicts SDR in the nude while RECZKO touches his tongue to SDR's left breast.

26.   A review of image "Philippines 045," date-time stamped November 12, 2006, 5:00 pm, , depicts SDR fellating an adult man's penis.

27.   A review of image "Philippines 105," date-stamped November 15, 2006, 4:35 pm, depicts SDR partially nude standing beside an adult man with an erect penis.

28.   A review of image "Philippines 111," date-stamped November 15, 2006, 4:40 pm, , depicts an adult penis penetrating a female genitalia, believed to be RECZKO's penis and SDR's genitalia.

29.   A review of image "Philippines 021," date-stamped November 18, 2006, 2:03 pm, , depicts SDR with a dildo/vibrator in her genitalia. According to SDR, she had no recollection

of this photo ever being taken as she was intoxicated from liquor given to her by RECZKO. She learned this photo as taken the following day when it was shown to her. The dildo/vibrator she had used was the same one that RECZKO had brought to Cebu from the United States, during his January 2006 visit.

30. A review of image "DSCN0004," date-stamped November 27, 2007, 9:16AM, using a Nikon E995 camera, depicts SDR in the nude.

31. A review of image "DSCN0110," date-stamped December 10, 2006, using a Nikon E995 camera, depicting a skyline of Los Angeles. The Nikon Camera and memory stick used to store DSCN0004 were also used to snap and store DSCN0110.

32. On or about June 12, 2007, Senior Special Agent Julian Briola informed the Philippine Immigration authorities that STANLEY DAN RECZKO, III, had a prior sexual felony conviction in the United States for the rape of a 14 year old minor, and was recently accused of having sexually exploited a local minor in Cebu, i.e., SDR.

33. On June 22, 2007, the Philippine Immigration Commissioner signed an order for the arrest of STANLEY DAN RECZKO, III.

34. On July 2, 2007, STANLEY DAN RECZKO, III was apprehended by Philippine Immigration authorities in Dumaguete City, Negros Oriental, Philippines.

35. On or about August 17, 2007, Philippine Immigration Commissioner signed a summary deportation order of RECZKO back to the United States.

36. On September 10, 2007, the American Citizens Services of the United States Embassy in Manila informed Senior Special Agent Dante Orate that STANLEY DAN RECZKO, III was scheduled to be deported from the Philippines to the United States on September 12,

2007 onboard Cathay Pacific flight 918 via Hongkong; connecting on Cathay Pacific flight 880 to Los Angeles, California. The flight is scheduled to arrive in Los Angeles, California, at approximately 10:00 p.m. on September 12, 2007.

_____
OLGA SAGALOVICH
Special Agent
United States Department of Homeland Security
Immigration & Customs Enforcement


SUBSCRIBED TO AND SWORN BEFORE ME
THIS 12 DAY OF SEPTEMBER, 2007

_____
HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE